# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0138. GREGORY GRAY et al. v. CITIBANK, N.A. AS TRUSTEE FOR CMLTI ASSET TRUST.

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendants Gregory and Earlene Gray appealed to the superior court, which entered a writ of possession in favor of the plaintiff. The Grays then filed this direct appeal. The plaintiff-appellee has filed a motion to dismiss, arguing that the trial court's order is not directly appealable. We agree.

Because the superior court's order disposed of a de novo appeal from a magistrate court decision, the Grays were required to follow the discretionary appeal procedure to obtain review of the superior court's order. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Their failure to follow this procedure deprives us of jurisdiction to consider this direct appeal. Accordingly, the motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  09/09/2021*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*